Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       ajacobs@swlaw.com
       bgriffith@swlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR10;<br><br>Plaintiff,<br>vs.<br><br>LVDG, LLC, a Nevada limited liability company, a/k/a LVDG, LLC SERIES 108; BELLA VISTA CONDOMINIUM UNIT OWNERS ASSOCIATION, INC.; a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company;<br><br>Defendants. | Case No.: 2:15-cv-00750-RFB-CWH<br><br>**STIPULATION AND ORDER TO TAKE DEPOSITION OF BELLA VISTA CONDOMINIUM UNIT OWNERS ASSOCIATION, INC. AFTER DISCOVERY DEADLINE** |

Plaintiff HSBC Bank, USA ("HSBC") together with Defendant Bella Vista Condominium Unit Owners Association, Inc. ("HOA"), and Defendants LVDG, LLC ("LVDG") and Alessi & Koenig, LLC ("Alessi") (jointly the "Parties"), by and through their respective counsel, hereby stipulate and agree to allow HSBC to take the depositions of the HOA at a date and time after the discovery deadline of February 29, 2016.

Pursuant to Rule 29(b), the Parties hereby agree to take the deposition of the HOA pursuant to Rule 30(b)(6) after the discovery deadline of February 29, 2016, and conduct the deposition on **March 3, 2016**.

23582997

The Parties have made substantial progress during the discovery period and good cause exists to grant this extension. The depositions of the other defendants will have taken place at this time and written discovery has been propounded to all Parties. Plaintiff requested and was granted an extension of time in which to respond to written discovery served by Defendant, LVDG, LLC. Pursuant to this extension, said responses are due after the close of discovery. Written discovery served by Defendant, LVDG, LLC, upon co-defendants, HOA and Alessi, also remains outstanding at this time; however, responses are due prior to the close of discovery.

Other than this deposition and as stated above, all discovery is expected to be completed within the discovery deadline of February 29, 2016. This deposition was originally scheduled for February 19, 2016 and would have been completed within the time set for discovery. However, counsel for the HOA has had a family emergency and was unable to attend the deposition on February 19, 2016. Due to the schedules of the Parties and their attorneys, the first mutually agreeable date for the deposition is **March 3, 2016.** This deposition taken after the discovery deadline will not impact the trial date or hearing date in this matter as none have yet been set.

DATED this 26th day of February 2016.

SNELL & WILMER L.L.P.

By: /s/ Blakeley
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Catherine M. O'Mara, Esq.
Nevada Bar No. 12462
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
*Attorneys for Plaintiff*

DATED this 26th day of February 2016.

ALESSI & KOENIG, LLC

By: /s/ Chantel M. Schimming
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
Alessi & Koenig, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, NV 89147-5721
Nevada Bar No. 13688
9500 W. Flamingo Road, Suite 205
Las Vegas, NV 89147
*Attorneys for Defendant Defendants Bella Vista Condominium Unit Owners Association, Inc. and Alessi & Koenig*

23582997

DATED this 26th day of February 2016.

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: /s/ Timothy Rhoda
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Timothy Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, NV 89148
*Attorneys for Defendant LVDG, LLC Series 108*

## ORDER

**IT IS SO ORDERED.**

DATED this 29th day of February 2016.

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -

23582997

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2016, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case as follows who have appeared and are registered CM/ECF users will be served by the CM/ECF system:

Roger P. Croteau, Esq.
Timothy Rhoda, Esq.
Roger P. Croteau & Associates, Ltd.
9120 West Post Road, Suite 100
Las Vegas, NV 89148
croteaulaw@croteaulaw.com
*Attorneys for LVDG, LLC*

Steven T. Loizzi, Esq.
Alessi & Koenig, LLC
9500 W. Flamingo Road, Suite 205
Las Vegas, NV 89147
steve@alessikoenig.com
*Attorneys for Bella Vista Condominium Unit Owners Association, Inc.*
*Attorneys for Alessi & Koenig*

I further certify that the parties below have either not appeared in the case or may not be registered CM/ECF users and, therefore I have mailed the foregoing document by First-Class Mail, postage fully prepaid, to the following:

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, NV 89101

DATED this 26th day of February 2016.

*Mary Full*
An Employee of Snell & Wilmer L.L.P.

23582997