Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
　　　　ajacobs@swlaw.com
　　　　bgriffith@swlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR10;<br><br>Plaintiff,<br><br>vs.<br><br>LVDG, LLC, a Nevada limited liability company, a/k/a LVDG, LLC SERIES 108; BELLA VISTA CONDOMINIUM UNIT OWNERS ASSOCIATION, INC.; a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company;<br><br>Defendants. | Case No.: 2:15-cv-00750-RFB-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to Local Rules 6-1 and 7-1, it is hereby stipulated by and between HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR10 ("HSBC" or "Plaintiff"), through its attorneys, the law firm of Snell & Wilmer L.L.P., and Defendants LVDG, LLC ("LVDG"), through its attorneys, the law firm of Roger P. Croteau & Associates, Ltd., and Bella Vista Condominium Unit Owners Association, Inc. ("Bella Vista") through its attorneys, Alessi & Koenig, LLC ("A&K"), and A&K, (and together with HSBC, LVDG, and Bella Vista, the "Parties"), that the deadline to file

- 1 -

23737880

dispositive motions shall be moved from March 30, 2016 to **April 29, 2016**. Good cause exists for the extension as, on February 29, 2016, this Court entered an Order Approving the Stipulation to ake the deposition of the representative of Bella Vista after the discovery deadline. Subsequently, counsel for Bella Vista has had a family emergency and then a medical issue that has made re-scheduling this deposition very difficult. The Parties request this thirty-day extension so as to provide time to allow the deposition to conclude and then submit their dispositive motions. This is the parties' first request for an extension of time in which to file dispositive motions, and is not intended to cause any delay or prejudice to any party. Further, this extension should not impact trial or general scheduling in this matter as no trial date has yet been set. Moreover, the extension will benefit the Court because it will allow the parties time to file motions which will likely narrow the issues for trial or conceivably render a trial unnecessary.

DATED this 25th day of March 2016.

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: /s/ Timothy Rhoda
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Timothy Rhoda, Esq.
Nevada Bar No. 7878
9120 W. Post Road, Suite 100
Las Vegas, NV 89148
Telephone: (702) 254-7775
Facsimile: (702) 228-7719
*Attorneys for Defendant LVDG, LLC Series 108*

DATED this 25th day of March 2016.

SNELL & WILMER L.L.P.

By: /s/ Blakeley E. Griffith
Amy F. Sorenson, Esq
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Plaintiff*

///

///

23737880

DATED this 25th day of March 2016.

ALESSI & KOENIG, LLC

By: /s/ Steven T. Loizzi
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
Chantel Schimming, Esq.
Nevada Bar No. 8886
Vanessa S. Goulet, Esq.
Nevada Bar No. 13688
9500 W. Flamingo Road, Suite 205
Las Vegas, NV 89147
Telephone: (702) 222-4033
Facsimile: (702) 222-4043
*Attorneys for Defendant Bella Vista Condominium Unit Owners Association, Inc. and Alessi & Koenig*

### ORDER

IT IS HEREBY ORDERED that the deadline to file dispositive motions shall be moved from March 30, 2016 to **April 29, 2016**.

DATED this 28th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted by:

SNELL & WILMER L.L.P.

Amy F. Sorenson (NV Bar No. 12495)
Andrew M. Jacobs (NV Bar No. 12787)
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Plaintiff*

- 3 -

23737880

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2016, I electronically filed the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 25th day of March 2016.

*Mary Full*
An Employee of Snell & Wilmer L.L.P.

23737880