James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
David A. Markman
Nevada Bar No. 12440
dmarkman@pengillylawfirm.com
**PENGILLY LAW FIRM**
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
T: (702) 889-6665; F: (702) 889-6664
*Attorneys for Defendant*
*Bella Vista Condominium Unit Owners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LONA TRUST 2004-12,<br><br>Plaintiff,<br><br>v.<br><br>LVDG LLC SERIES 108;<br>BELLA VISTA CONDOMINUIM UNIT OWNERS ASSOCIATION, INC;<br>ALESSI & KOENIC LLC<br><br>Defendants. | CASE NO: 2:15-cv-00750-RFB-CWH<br><br>**DEFENDANT BELLA VISTA CONDOMINIUM UNIT OWNERS ASSOCIATION, INC.'S SUBSTITUTION OF COUNSEL** |

Defendant BELLA VISTA CONDOMINIUM UNIT OWNERS ASSOCIATION, INC, hereby substitutes the PENGILLY LAW FIRM as its counsel of record in the above-entitled action in place and stead of ALESS & KOENIG LLP.

DATED this 2 day of July, 2016.

By: _____
Authorized Agent for Bella Vista Condominium Unit Owners Association

1

PENGILLY LAW FIRM hereby accepts the substitution as counsel of record for Defendant, Bella Vista Condominium Unit Owners Association.

DATED this 26th of ~~June~~ July, 2016.

**PENGILLY LAW FIRM**

James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth Lowell, Esq.
Nevada Bar No. 8551
David A. Markman
Nevada Bar No. 12440
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
T: (702) 889-6665; F: (702) 889-6664
*Counsel for Bella Vista CUOA*

PENGILLY LAW FIRM

ALESSI & KOENIG LLC hereby agrees and consents to the substitution of counsel of record in the above-entitled action.

DATED this ____ of June, 2016.

ALESSI & KOENIG LLC

Steve Loizzi
Nevada Bar No. 10920
9500 West Flamingo Road, Suite 205
Las Vegas, NV 89147
T: (702) 222-4033' F:(702)222-4043

PENGILLY LAW FIRM hereby accepts the substitution as counsel of record for Defendant, ANTELOPE CANYON HOMEOWNERS ASSOCIATION.

DATED this ___ of June, 2016.

**PENGILLY LAW FIRM**

_____
James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth Lowell, Esq.
Nevada Bar No. 8551
David A. Markman
Nevada Bar No. 12440
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
T: (702) 889-6665; F: (702) 889-6664
*Counsel for Bella Vista CUOA*

ALESSI & KOENIG LLC hereby agrees and consents to the substitution of counsel of record in the above-entitled action.

DATED this 14th of June, 2016.

ALESSI & KOENIG LLC

_____
Steve Loizzi
Nevada Bar No. 10920
9500 West Flamingo Road, Suite 205
Las Vegas, NV 89147
T: (702) 222-4033' F:(702)222-4043

IT IS SO ORDERED.
DATED: July 28, 2016

_____
UNITED STATES MAGISTRATE JUDGE