UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HSBC BANK, USA, N.A.,<br><br>  Plaintiff,<br><br>v.<br><br>LVDG, LLC SERIES 108, et al.,<br><br>  Defendants. | Case No. 2:15-cv-00750-RFB-CWH<br><br>**ORDER** |

Presently before the court is attorney Steven Loizzi's amended motion to withdraw as counsel for Alessi & Koenig, LLC (ECF No. 60), filed on June 27, 2018. The motion is unopposed. For good cause shown, the motion is GRANTED.

It appears that Alessi & Koenig, through the bankruptcy trustee and her attorney, does not intend to participate further in this case. *See* ECF No. 60 at 20-21 (correspondence related to other cases instructing that "defaults may be taken"). To the extent that is not true, a notice so indicating must be filed within 14 days. Otherwise, the parties may seek appropriate relief regarding Alessi & Koenig's non-participation once the court lifts the stay currently in place. *See* ECF No. 57.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that motion to withdraw as attorney (ECF No. 59) is DENIED as moot.

DATED: July 25, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE