Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Wayne Klomp
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
    ajacobs@swlaw.com
    bgriffith@swlaw.com
    wklomp@swlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK, USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR10;<br><br>Plaintiff,<br><br>vs.<br><br>LVDG, LLC, a Nevada limited liability company, a/k/a LVDG, LLC SERIES 108; BELLA VISTA CONDOMINIUM UNIT OWNERS ASSOCIATION, INC.; a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company;<br><br>Defendants. | Case No.: 2:15-cv-00750-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff HSBC Bank, USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR10 ("HSBC"), and Defendants LVDG, LLC Series 108 ("LVDG"), Bella Vista Condominium Unit Owners Association, Inc. ("Bella Vista"), and Alessi & Koenig, LLC ("Alessi" and together with HSBC, LVDG, and Bella Vista, the "Parties"), stipulate and agree that an order may be entered dismissing this action, and each and all of the claims and causes of action asserted herein, with

prejudice, with each party to bear their own attorneys' fees and costs.

The Parties stipulate and agree that this Stipulation resolves, in their entirety, the Parties' claims, causes of action, allegations, complaints, and/or grievances related to and/or arising out of the above-captioned litigation, whether known or unknown, including, without limitation, any and all claims for attorneys' fees or costs, experts' fees or costs, or consultants' fees or costs.

DATED this 28th day of November, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: /s/ Timothy Rhoda
   Roger P. Croteau, Esq.
   Nevada Bar No. 4958
   Timothy Rhoda, Esq.
   Nevada Bar No. 7878
   9120 W. Post Road, Suite 100
   Las Vegas, NV 89148
   Telephone: (702) 254-7775
   Facsimile: (702) 228-7719
*Attorneys for Defendant LVDG, LLC*

DATED this __ day of November, 2018.

ALESSI & KOENIG, LLC

By: /s/
   David A. Alessi, Manager
   Robert A. Koenig, Manager
   9500 W. Flamingo Road, Suite 205
   Las Vegas, NV 89147
   Telephone: (702) 222-4033
   Facsimile: (702) 222-4043
*Defendant Alessi & Koenig, LLC*

DATED this 28th day of November, 2018.

SNELL & WILMER L.L.P.

By: Wayne Klomp
   Amy F. Sorenson (Bar No. 12495)
   Andrew M. Jacobs (Bar No. 12787)
   Blakeley E. Griffith (Bar No. 12386)
   Wayne Klomp (Bar No. 10109)
   3883 Howard Hughes Parkway, Ste. 1100
   Las Vegas, NV 89169
   Telephone: (702) 784-5200
   Facsimile: (702) 784-5252
*Attorneys for Plaintiff HSBC Bank*

DATED this 28th day of November, 2018.

ROBBINS LAW FIRM

By: /s/ Elizabeth B. Lowell
   Elizabeth B. Lowell (Bar No. 8551)
   1995 Village Center Cir., Suite 190
   Las Vegas, NV 89134-0562
   Telephone: (702) 889-6665
   Facsimile: (702) 889-6664
*Attorneys for Defendant Bella Vista Condominium Unit Owners Association, Inc.*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of December, 2018.

4831-0381-9137

prejudice, with each party to bear their own attorneys' fees and costs.

The Parties stipulate and agree that this Stipulation resolves, in their entirety, the Parties' claims, causes of action, allegations, complaints, and/or grievances related to and/or arising out of the above-captioned litigation, whether known or unknown, including, without limitation, any and all claims for attorneys' fees or costs, experts' fees or costs, or consultants' fees or costs.

DATED this __ day of November, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: /s/
    Roger P. Croteau, Esq.
    Nevada Bar No. 4958
    Timothy Rhoda, Esq.
    Nevada Bar No. 7878
    9120 W. Post Road, Suite 100
    Las Vegas, NV 89148
    Telephone: (702) 254-7775
    Facsimile: (702) 228-7719
*Attorneys for Defendant LVDG, LLC*

DATED this __ day of November, 2018.

ALESSI & KOENIG, LLC

By: /s/
    David A. Alessi, Manager
    Robert A. Koenig, Manager
    9500 W. Flamingo Road, Suite 205
    Las Vegas, NV 89147
    Telephone: (702) 222-4033
    Facsimile: (702) 222-4043
*Defendant Alessi & Koenig, LLC*

DATED this __ day of November, 2018.

SNELL & WILMER L.L.P.

By: _____
    Amy F. Sorenson (Bar No. 12495)
    Andrew M. Jacobs (Bar No. 12787)
    Blakeley E. Griffith (Bar No. 12386)
    Wayne Klomp (Bar No. 10109)
    3883 Howard Hughes Parkway, Ste. 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
*Attorneys for Plaintiff HSBC Bank*

DATED this __ day of November, 2018.

ROBBINS LAW FIRM

By: /s/
    Elizabeth B. Lowell (Bar No. 8551)
    1995 Village Center Cir., Suite 190
    Las Vegas, NV 89134-0562
    Telephone: (702) 889-6665
    Facsimile: (702) 889-6664
*Attorneys for Defendant Bella Vista Condominium Unit Owners Association, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: _____

4831-0381-9137

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 30th day of November, 2018.

                                                                           /s/ Lara J. Taylor
                                                                         An Employee of Snell & Wilmer L.L.P.

4831-0381-9137